# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 12, 2021

## NO. 03-21-00058-CV

**Jose Antonio Venero Lugo, Scott D. Weaver, and Venero Law, PLLC, Appellants**

**v.**

**Gerardo Felipe Cordova Sanchez, Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA
DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.